

# IN THE
## TENTH COURT OF APPEALS

### No. 10-11-00040-CV

## IN THE MATTER OF THE MARRIAGE OF
## ASHLEY FAULK AND SAMUEL J. FULLER
## AND IN THE INTEREST OF C.L.F., A CHILD

**From the 66th District Court
Hill County, Texas
Trial Court No. 41000**

## MEMORANDUM  OPINION

The brief in this appeal was originally due to be filed by July 20, 2011.  When no brief was filed, the Clerk of this Court notified appellant, Ashley Faulk, by letter dated July 25, 2011, that pursuant to Rules 38.8(a)(1) and 42.3 of the Texas Rules of Appellate Procedure, the Court would dismiss the appeal for want of prosecution unless, within 21 days of the date of the letter, a response was filed showing grounds for continuing the appeal.  More than 21 days have passed and no response has been filed.

Accordingly, this appeal is dismissed.  Tex. R. App. P. 42.3(b).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 24, 2011
Do not publish
[OT06]